REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:      (415) 989-4100
Fax:               (415) 989-2235
rstromsheim@stromsheim.com
jcinq-mars@stromsheim.com

Attorneys for Trustee,
CAROL W. WU

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.  09-54261 ASW |
| DARWYN MICHAEL SOUTAS | Chapter 7 |
| SSN xxx xx 5210 | Date:   December 13, 2013<br>Time: 1:45 p.m. |
| Debtor | Judge: Hon. Arthur S Weissbrodt<br>Location:  Courtroom 3020 |

## NOTICE OF OBJECTION AND OBJECTION TO CLAIM
(Claim No. 19 - Internal Revenue Service)

TO THE INTERNAL REVENUE SERVICE OF THE UNITED STATES.:

NOTICE IS HEREBY GIVEN that Carol W. Wu ("Trustee"), trustee of the above

referenced bankruptcy estate, objects to the priority claim for taxes in the amount of $180,380.38

("Claim No. 19") filed by the Internal Revenue Service  ("IRS") on February 28, 2013.  A copy of

Claim No. 19 is attached hereto as Exhibit "A".

## BACKGROUND

1.       An Order for relief under Chapter 11 of Title 11 of the United States Code was

entered herein pursuant to a voluntary petition filed by the Debtor on June 1, 2009. The case was

converted to Chapter 7 on June 6, 2011, and Carol W. Wu is the duly appointed, qualified and

acting trustee of the Debtor's estate.

2.     The Debtor elected to file a short year May 30, 2009 income tax return under his social security number as allowed under IRC Section 1398. The Debtor also appears to have properly included all post-petition earnings from his insurance brokerage business in 2010 and 2011 Chapter 11 bankruptcy estate tax returns until conversion on September 6, 2011 using a separate bankruptcy estate federal identification number.   The Bankruptcy Code requires that all earnings of the Debtor in a chapter eleven proceeding are property and earnings of the chapter eleven bankruptcy estate, not the individual Debtor separate and apart from his chapter eleven estate.

3.     The Internal Revenue Service has indicated that the 2010 and 2011 bankruptcy estate tax returns have been filed and all tax liabilities paid in full.  No claim has been filed for the bankruptcy estate under its separate federal identification number. See Declaration of Michael Gabrielson ("Gabrielson Declaration").

4.     The Internal Revenue Service filed Claim 19 for perceived administrative taxes against the debtor under his social security number for the periods May 30, 2009 and calendar years 2010, 2011 and 2012.

## REASONS FOR OBJECTION

**First:**          The claim includes the short year ended May 30, 2009 tax liability which is a priority pre-petition tax claim, not an administrative claim of the Chapter 11 estate.  This amount should be re-characterized as a pre-petition claim.

**Second:**       The claim includes a tax liability for the calendar tax year 2012, a tax period occurring after the case was converted to chapter seven on  September 6, 2011.  Any personal tax liability for the Debtor under his social security number after September 6, 2011 would be taxes on income belonging to the debtor, not the Chapter 7 bankruptcy estate.

**Third:**        The 2010 and 2011 tax assessments on the claim represent an erroneous double taxation of insurance brokerage income already included in properly filed 2010 and 2011 bankruptcy estate tax returns under the separate estate federal identification number.

The Bankruptcy Unit of the Internal Revenue Service has confirmed that the 2010 and 2011 taxes per their claim are based on the same Forms 1099 for debtor's insurance brokerage

STROMSHEIM &
ASSOCIATES

Case: 09-54261    Doc# 143    Filed: 11/11/13    Entered: 11/11/13 11:51:58    Page 2 of 5

2

business which were included in the bankruptcy estate tax returns under the separate federal

identification number. While it is possible the Forms 1099 incorrectly used the Debtor's social

security number, this was factually income of the bankruptcy estate required to be reflected on

bankruptcy tax returns, not personal income of the debtor separate and apart from his chapter

eleven bankruptcy estate. No separate personal tax returns have been filed by the Debtor under

his social security number which would explain the amounts included in this claim. See

Gabrielson Declaration.

     Accordingly, the Trustee objects to this claim in any amount.

     DATED: November 11, 2013

                STROMSHEIM & ASSOCIATES


                By_____ /s/   Reidun Strømsheim
                ATTORNEYS FOR CAROL W. WU, TRUSTEE

# EXHIBIT A

# Request for Payment of Internal Revenue Taxes

(Bankruptcy Code Cases - Administrative Expenses)



Department of the Treasury/Internal Revenue Service

United States Bankruptcy Court for the    NORTHERN

District of    CALIFORNIA

**In the Matter of:**    DARWYN MICHAEL SOUTAS
14120 BLOSSOM HILL ROAD
LOS GATOS, CA 95032

Fiduciary:

| Case Number |
| --- |
| 09-54261 |

| Type of Bankruptcy Case | |
| --- | --- |
| CHAPTER 7A | Converted from 7N on 01/16/2013 |

| Date of Petition |
| --- |
| 06/01/2009 |

| Creditor Number |
| --- |
| 10023056 |

1. The undersigned, whose business address is    Insolvency Group 4  55 So Market St M/S HQ5430
San Jose, CA 95113                                                                                   , is the agent of
the Department of the Treasury, Internal Revenue Service, and is authorized to make this request for payment on behalf of the United States.

2. Request is made for payment of taxes and any interest or penalty due under the internal revenue laws of the United States, as shown below.

3. The ground of liability is taxes due under the internal revenue laws of the United States.

Administrative Claims

| Taxpayer ID Number | | Kind of Tax | Tax Period | Tax Due | Interest Due | Penalty Due | Balance Due |
| --- | --- | --- | --- | --- | --- | --- | --- |
| XXX-XX-5210 | | INCOME | 05/30/2009 | $44,226.00 | $882.35 | $9,272.03 | $54,380.38 |
| XXX-XX-5210 | 1 | INCOME | 12/31/2010 | $42,000.00 | $0.00 | $0.00 | $42,000.00 |
| XXX-XX-5210 | 1 | INCOME | 12/31/2011 | $42,000.00 | $0.00 | $0.00 | $42,000.00 |
| XXX-XX-5210 | 1 | INCOME | 12/31/2012 | $42,000.00 | $0.00 | $0.00 | $42,000.00 |
| | | | | $170,226.00 | $882.35 | $9,272.03 | $180,380.38 |

**Total Amount Due:**    $180,380.38

1 THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILITY FOR THE DEBTOR BECAUSE THE RETURN HAS NOT BEEN FILED. AS SOON AS THE DEBTOR FILES THE RETURN WITH THE IRS AS REQUIRED BY LAW THIS CLAIM WILL BE ADJUSTED TO REFLECT THE ASSESSED LIABILITY.

The amount due includes interest and penalty computed to 03/31/2010. Compound interest will accrue at the rate established under IRC Section 6621(a) and late payment penalty will be charged under IRC Section 6651. If the claim is paid after 03/31/2010, contact CHERIE DERRICK at (408) 817-6531 for the current balance.

| Penalty for Presenting Fraudulent Claim - Fine of not more than $5,000 or imprisonment for not more than 5 years or both - Title 18, U.S.C., Section 152. | **Signature**    /s/ CHERIE DERRICK | **Date**    02/27/2013 |
| --- | --- | --- |
| | **Title**    Bankruptcy Specialist | **Telephone Number**    (408) 817-6531 |

Form    6338 - A(C)

**Page 1 of 1**