REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
CAROL W. WU

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-54261 ASW |
| DARWYN MICHAEL SOUTAS | Chapter 7 |
| SSN xxx xx 5210 | Date: December 13, 2013<br>Time: 1:45 p.m. |
| Debtor | Judge: Hon. Arthur S Weissbrodt<br>Location: Courtroom 3020 |

### NOTICE OF HEARING ON OBJECTION TO CLAIM
**(Claim No. 19 Internal Revenue Service)**

NOTICE IS HEREBY GIVEN that a hearing will be held on Trustee's objection to claim No. 19 filed by the Internal Revenue Service on Friday, December 13, 2013 at 1:45 p.m. before the Honorable Arthur S. Weissbrodt, in Courtroom 3020, at the United States Bankruptcy Court located at 280 South First Street, San Jose, California.

DATED: November 11, 2013            STROMSHEIM & ASSOCIATES


                                    By_____/s/ Reidun Stromsheim_____
                                    ATTORNEYS FOR CAROL W. WU, TRUSTEE