REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
CAROL W. WU

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

DARWYN MICHAEL SOUTAS

SSN xxx xx 5210

    Debtor

Case No. 09-54261 ASW

Chapter 7

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within case; my business address is Four Embarcadero Center, 39th Floor, San Francisco, California 94111. On this day I caused to be served the document(s) listed below:

**1. NOTICE OF OBJECTION TO CLAIM (Claim No. 19 Internal Revenue Service)**

**2. NOTICE OF HEARING ON OBJECTION TO CLAIM (Claim No. 19 Internal Revenue Service)**

on the following parties:

//

//

Case: 09-54261   Doc# 147   Filed: 11/11/13   Entered: 11/11/13 14:40:08   Page 1 of 2

1

| | |
|---|---|
| 1 | Melinda Haag<br>United States Attorney |
| 2 | Thomas Moore<br>Assistant United States Attorney |
| 3 | Chief Tax Division<br>11th Floor Federal Building |
| 4 | 450 Golden Gate Avenue, Box 36055<br>San Fransisco, CA 94102 |
| 5 | |
| 6 | Internal Revenue Service<br>Insolvency Group 4 |
| 7 | 55 S Market Street M/S HQ 5430<br>San Jose, CA 95113 |
| 8 | Internal Revenue Service<br>Special Procedures |
| 9 | 1301 Clay Street, 1400 South<br>Oakland, CA 94612 |
| 10 | |
| 11 | Eric H. Holder, Jr<br>Attorney General |
| 12 | United States Department of Justice<br>Civil Trial Section, Western Region |
| 13 | Main Justice Building<br>10th and Constitution Avenue NW |
|    | Washington, DC 20530 |
| 14 | |

by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully paid, in my firm's service center/mailing department. I am readily familiar with my firm's business practices, wherein all correspondence received for processing by the mailing department will be deposited this day in the U.S. Mail at San Francisco, California, in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, on November 11, 2013.

    /s/   Sally Wilcox
Sally Wilcox
Legal Assistant